UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

**ANDREW C. FOSTER**  Case Number 13-14498-RBR
SSN XXX.XX.7836

Chapter 7

and

**HERMEL A. FOSTER**
SSN XXX.XX.4906,

    Debtors.
_____/

## DEBTORS' COUNSEL'S MOTION TO WITHDRAW AND DEBTORS' MOTION FOR PROTECTIVE ORDER

Debtors' counsel, Timothy S. Kingcade, Esq. of Kingcade & Garcia P.A., "Counsel," hereby files this Motion to Withdraw and Motion for Protective Order as to the Debtors, and avers:

1. This is a Chapter 7 case that was filed on February 28, 2013.

2. The 341 Meeting of Creditors was conducted and concluded on April 5, 2013.

3. Creditor Crop Production Services, Inc. scheduled a 2004 Examination of Debtor, Hermel A. Foster.

4. The 2004 Examination is scheduled to take place on July 16, 2013 at 10:00 A.M.

5. The Chapter 7 Trustee, Sonya Salkin, has cross-noticed the 2004 Examination being conducted by Creditor Crop Production Services, Inc. on July 16, 2013.

6. The parties' attorney-client relationship has suffered irreconcilable differences making future representation impossible.

7. Counsel respectfully requests that this Court allow Timothy S. Kingcade, Esq. of Kingcade & Garcia P.A., to withdraw as counsel of record for the Debtors.

Page 2.

8.	Pursuant to the Local Rules of this Court, the 2004 Examination is automatically cancelled until the court hears the motion for protective order.

**WHEREFORE**, Debtors' counsel seeks an order allowing withdrawal as counsel of record from the case, an order rescheduling the 2004 Examination and for any other relief deemed just and proper in the circumstances.

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that a true and correct copy of the foregoing was sent, via Regular U.S. Mail to Andrew C. Foster and Hermel A. Foster, 7451 NW 16th Street, Apt. B201, Plantation, FL 33313-8500 and via ECF to Sonya L. Salkin, Chapter 7 Trustee, 1776 N. Pine Island Road, Suite #218, Plantation, FL 33322 and Angelica M. Fiorentino, Esq., SunTrust International Center, One Southeast Third Avenue, Suite 1440, Miami, FL 33131 on this 2nd day of July, 2013.

.

| | |
|---|---|
| **CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)**<br>**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A). | **KINGCADE & GARCIA, P.A**<br>Counsel for the Debtor<br>Kingcade Building<br>1370 Coral Way ▪ Miami, Florida 33145-2960<br>WWW.MIAMIBANKRUPTCY.INFO<br>Telephone: 305-285-9100 ▪ Facsimile: 305-285-9542<br><br>/s/ Timothy S. Kingcade<br>x  Timothy S. Kingcade, Esq., FBN 082309<br>□  Wendy Garcia, Esq., FBN 0865478<br>□  Jessica L. McMaken, Esq., FBN 580163 |